# United States Court of Appeals

### For the Eighth Circuit

_____

No. 21-1247

_____

Kevin G. Smith

*Plaintiff - Appellant*

v.

Rick Eberhardt, Pierce County Sheriff; Jason Dwinell, Wayne County Sheriff; County Deputy's

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: May 3, 2021
Filed: May 6, 2021
[Unpublished]

_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Kevin Smith appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 action for failure to prosecute and failure to comply with an order of the court. After careful review of the record and Smith's arguments on appeal, we find no basis for reversal. *See Smith v. Gold Dust Casino*, 526 F.3d 402, 404 (8th Cir. 2008) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.